## HUGHEY *v.* JACKSON.

ATKINSON, J.—The motion for new trial in this cause not alleging the commission of any error of law, this being the second verdict in favor of the defendant, and the evidence being sufficient to warrant the finding of the jury, the discretion of the trial judge in refusing a new trial will not be disturbed. *Judgment affirmed.*

April 8, 1895. Brought forward from the last term.

Action on notes. Before Judge MILNER. Gordon superior court. February term, 1894.

W. R. RANKIN, for plaintiff.

R. J. & J. McCAMY and O. N. STARR, for defendant.